UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PAUL JORDAN,<br><br>        Petitioner,<br><br>    v.<br><br>X. CANO, Warden,<br><br>        Respondent. | NO. CV 16-04975-JVS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 20, 2017.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE